**DIETER–WENZEL CONST. CO. v. EPPLER.** (Circuit Court of Appeals, Fifth Circuit. December 9, 1914.) No. 2660. In Error to the District Court of the United States for the Western District of Texas; Thomas S. Maxey, Judge. Victor Lee Brooks, of Austin, Tex., and Thad B. Landon, of Kansas City, Mo., for plaintiff in error. S. W. Fisher and Chas. L. Black, both of Austin, Tex., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM. None of the assignments of error on this writ are well taken. See City of Key West v. Baer, 66 Fed. 443, 13 C. C. A. 572; Adams v. New York Life Ins. Co., 113 Fed. 303, 51 C. C. A. 263; Martinton v. Fairbanks, 112 U. S. 670, 5 Sup. Ct. 321, 28 L. Ed. 862; Lehnen v. Dickson, 148

U. S. 71, 13 Sup. Ct. 481, 37 L. Ed. 373; Dooley v. Pease, 180 U. S. 126–131, 21 Sup. Ct. 329, 45 L. Ed. 457; Wilson v. Merchants' Loan & Trust Co., 183 U. S. 121, 127 et seq., 22 Sup. Ct. 55, 46 L. Ed. 113; and also Alpha Portland Cement Co. v. Curzi, 211 Fed. 580–587, 128 C. C. A. 180, and cases there cited. Judgment affirmed.